(No. 897—Claimant awarded $119.08.)

MERCHANTS TRANSFER AND STORAGE CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 16, 1925.*

CONTRACT—*when State liable.* Where work has been performed for the benefit of the State, and is accepted by the State, claimant is entitled to an award for the amount of its claim.

MERCHANTS TRANSFER AND STORAGE CO., for claimant.

OSCAR E. CARLSTROM, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim for the handling of the statues of ex-Governors Palmer and Yates from a spot south of the Centennial building to their present permanent site. It appears that the work has been done and that the balance claimed by claimant is just as the defendant, through its Attorney General comes into court and consents to its allowance.

It is therefore considered by the court that the claim amounting to $119.08 be allowed.